AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
)  Case No. 18-SW-00141 - DLW
All funds held in First National Bank of Durango )
Account #40150720 held in the name of La Plata )
County Inmate Fund "Inmate Freeze Account" )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___Colorado___ is subject to forfeiture to the United States of America under __18__ U.S.C. § __981(a)(1)(A)__ *(describe the property)*:

All funds held in First National Bank of Durango Account #40150720 held in the name of La Plata County Inmate Fund "Inmate Freeze Account"

The application is based on these facts:

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

_____
s/Steven Byrnes
*Applicant's signature*

Steven Byrnes, SA IRS
*Printed name and title*

Sworn to before me and: ☐ signed in my presence. ☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: August 30, 2018

_____
*Judge's signature*

City and state: Durango, Colorado

David L. West, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CIVIL SEIZURE WARRANT

I, Steven Byrnes, a Special Agent with the Internal Revenue Service Criminal Investigation, being duly sworn, states as follows:

I submit an application for a civil seizure warrant for:

(a) All funds held in First National Bank of Durango Account #40150720, held in the name of La Plata County Inmate Fund "Inmate Freeze Account".

## GENERAL BACKGROUND

1. I, Steven Byrnes, am a Special Agent of the United States Department of the Treasury, Internal Revenue Service (IRS), Criminal Investigation. I have been an IRS Special Agent since 2004. Since that time I have been assigned to the Philadelphia and Denver Field Offices where I have investigated offenses involving attempts to evade or defeat tax, in violation of Title 26, United States Code, Section 7201, identity theft in violation of Title 18, United States Code, Section 1028A and money laundering, in violation of Title 18, United States Code, 1956. I have also been assigned to the IRS Criminal Investigation, National Criminal Investigation Training Academy as an instructor where I taught new Special Agents about violations of the tax laws, establishing probable cause, executing search warrants and the various methods of proving financial crimes. I also have participated in the execution of numerous search warrants and seizures.

## PROBABLE CAUSE TO SEIZE

2. The information contained within this affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation. I have had the opportunity to review business records,

surveillance records, interviews, bank records, and other evidence of the crimes. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.  In sum and as set forth in detail below, my investigation reveals probable cause to believe that Anthony Lopez, Joseph Maybrier, Jessie Berry and Jessica Tyree (herein after referred to collectively as "the group") unlawfully obtained and used individuals' personal identifiers and credit card numbers to make deposits to inmate accounts at the La Plata County Jail, specifically accounts belonging to Anthony Lopez, Aaron Burch, Aaron Roberts, Michael Yoho and William Vollert, in violation of 18 USC 1349, (conspiracy to commit bank fraud), 18 USC 1028 (fraud and related activity in connection with identification documents, authentication features and information) and that a portion of the fruits of that crime can be found in First National Bank of Durango account #40150720.

### *Conspiracy to Commit Identity Theft and Bank Fraud*

4.  Beginning on or before 2014, the group formed an identity theft ring self-named "Fraud Squad". On September 9, 2015, the group was arrested by the San Bernardino Sheriff's Department after the execution of a search warrant discovered the group was in possession of numerous stolen identity documents and stolen mail; the group was released within 72 hours of arrest. After becoming aware that subsequent arrest warrants had been issued for the group in California, they fled to Southwest Colorado.

5.  On October 11, 2015, Anthony Lopez was arrested in the hotel room the group had been using in Durango, Colorado after the Durango Police Department

discovered stolen identity documents in the room during a search warrant. The remaining members of the group evaded arrest and fled East across the United States ending up in Savannah, Georgia where they were arrested by local police on approximately December 16, 2015.

6. Following Anthony Lopez's arrest in Durango, Colorado, the remaining members of the group, Joseph Maybrier, Jessie Berry and Jessica Tyree used personal identifiers and credit card numbers that they had stolen from various hotels across the country during their travels East to make deposits to inmate accounts belonging to Anthony Lopez, Aaron Burch, Aaron Roberts, Michael Yoho and William Vollert.

### *Recorded Jail Calls*

7. Anthony Lopez made hundreds of recorded phone calls from the La Plata County Jail to Joseph Maybrier, Jessie Berry, Jessica Tyree and others involved with the conspiracy. During these calls the group discussed, among other things, depositing money to Anthony Lopez's inmate account and accounts belonging to other inmates, withdrawing the money, how the group would split the money amongst themselves and other critical elements of the conspiracy. The following are specific calls made by Anthony Lopez:

8. On October 12, 2015, Jessica Tyree told Anthony Lopez that she deposited $100 to his inmate account. In a subsequent call, Jessica Tyree told Anthony Lopez she added an additional $200 for a total of $300.

9. On October 17, 2015, Anthony Lopez told Jessica Tyree that he has been receiving the deposits from her; Jessica Tyree agrees to continue to make the deposits.

10. On October 17, 2015, Anthony Lopez told Joseph Maybrier that he received a deposit from the group that morning.

11. On October 22, 2015, Anthony Lopez asked Jessica Tyree to continue to make deposits to his account. Jessica Tyree responded that a friend of the group, Tyrone Brinson, had hotel room beds full of credit cards and he would not send any of them for the group to work on.

12. On October 25, 2015, Anthony Lopez asked Joseph Maybrier to put as much money as he could on Michael Yoho's books. During this call, Joseph Maybrier spelled out a victim's name as if he was reading it or typing it. In a subsequent call, Joseph Maybrier told Anthony Lopez that he deposited $980 to Michael Yoho's inmate account. In a subsequent call, Joseph Maybrier and Anthony Lopez discussed that Michael Yoho is being released soon and that they would split any of the deposits the group makes to his inmate account.

13. On October 28, 2015, Joseph Maybrier tells Anthony Lopez that he has made several deposits to his account including $2,600 and $4,000.

14. On October 30, 2015, Jessica Tyree told Anthony Lopez that she would come to the La Plata County Jail to withdraw funds from Anthony Lopez's inmate account but she did not have a social security number for the girl she was going to impersonate.

15. On November 1, 2015, Anthony Lopez and Joseph Maybrier decided that a large portion of the funds from the deposit to Anthony Lopez's inmate account needed to be set aside to allow the group members to live comfortably while they are in jail as

they believed it was only a matter of time before they would all be caught; the funds would also be used to pay for attorneys for the group members.

16. On November 2, 2015, Anthony Lopez asks Joseph Maybrier to deposit funds into Aaron Robert's inmate account. During the call, Joseph Maybrier is heard conducting the transaction for the deposit online. In a subsequent call, Joseph Maybrier confirmed that he has deposited $1,700 to Aaron Robert's books but they both realized that Joseph Maybrier deposited the funds to a different inmate with the same first name, Aaron.

17. On November 4, 2015, Joseph Maybrier told Anthony Lopez that he has deposited money to Aaron Robert's books.

18. On November 11, 2015, Anthony Lopez told Joseph Maybrier that his closest friend in the jail is William Vollert.

19. On November 20, 2015, Joseph Maybrier told Anthony Lopez that he has activated a google cash account using a cop's identity.

20. On November 24, 2015, Anthony Lopez told Joseph Maybrier that his friend William Vollert will sign out $7,500 out of his inmate account that day and that Joseph Maybrier should "max him out" and he would release the money to the group when he transfers to state prison; Joseph Maybrier agreed. Anthony Lopez assured Joseph Maybrier that William Vollert could be trusted as he has not touched the money they already deposited to his account.

### June 28, 2018 Plea Agreement of Anthony Lopez

21. On June 28, 2018 Anthony Lopez plead guilty, in the District of Colorado, to 18 U.S.C. § 1349, conspiracy to commit bank fraud and 18 U.S.C.

§ 1956(a)(1)(B)(i), money laundering to conceal the nature, source, location or, ownership or control of proceeds, for his role in a conspiracy that unlawfully obtained and used individuals' personal identifiers and credit card numbers to make deposits to inmate accounts at the La Plata County Jail; further action by Anthony Lopez and others allowed a portion of the funds to be withdrawn from the inmate accounts.

22. Per his plea agreement, Anthony Lopez agreed to the following: From at least 2014 to November 2015 Anthony Lopez, Joseph Maybrier, Jessie Berry and Jessica Berry comprised an organization called the Fraud Squad which routinely committed criminal acts in order to unlawfully obtain credit card numbers and personal identifiers and used that information to obtain goods and services. Following Anthony Lopez's arrest on October 11, 2015 the Fraud Squad conspired together to use stolen credit card numbers and corresponding personal identifiers to make deposits to Anthony Lopez's inmate account and also to the inmate accounts of other La Plata County Jail inmates with the intention of subsequently withdrawing the funds for distribution among the Fraud Squad members.

23. The Fraud Squad was successful in completing 35 deposit transactions totaling $98,902.76; the chart below summarizes those deposits:

| Date | Inmate Account | Amount (with fees) | Account Deposit Amount | Card Last Four | Issuing Bank |
|---|---|---|---|---|---|
| 10/12/2015 | Anthony Lopez | $109.99 | $100.00 | 4409 | First United Bank |
| 10/13/2015 | Anthony Lopez | 109.99 | 100.00 | 4409 | First United Bank |
| 10/13/2015 | Anthony Lopez | 109.99 | 100.00 | 4409 | First United Bank |
| 10/16/2015 | Anthony Lopez | 109.99 | 100.00 | 2153 | UMB Bank |
| 10/17/2015 | Anthony Lopez | 972.00 | 900.00 | 2792 | Bank of the West |
| 10/17/2015 | Anthony Lopez | 432.00 | 400.00 | 2792 | Bank of the West |
| 10/18/2015 | Anthony Lopez | 118.00 | 100.00 | 2153 | UMB Bank |
| 10/21/2015 | Anthony Lopez | 1,026.00 | 950.00 | 2641 | Capital One |
| 10/22/2015 | Anthony Lopez | 864.00 | 800.00 | 8061 | Citi Bank |
| 10/25/2015 | Michael Yoho | 1,058.40 | 980.00 | 5819 | Bremer Bank |
| 10/26/2015 | Anthony Lopez | 216.00 | 200.00 | 9330 | BBVA Compass |
| 10/28/2015 | Anthony Lopez | 1,069.20 | 990.00 | 9980 | US Bank |
| 10/28/2015 | Anthony Lopez | 4,320.00 | 4,000.00 | 9980 | US Bank |
| 10/28/2015 | Anthony Lopez | 3,672.00 | 3,400.00 | 9980 | US Bank |
| 10/28/2015 | Anthony Lopez | 2,808.00 | 2,600.00 | 9376 | Bank of Montreal |
| 11/02/2015 | Anthony Lopez | 1,069.20 | 990.00 | 9376 | Bank of Montreal |
| 11/03/2015 | Aaron Burch | 1,620.00 | 1,500.00 | 5345 | US Bank |
| 11/03/2015 | Anthony Lopez | 3,240.00 | 3,000.00 | 5345 | US Bank |
| 11/04/2015 | Aaron Roberts | 2,052.00 | 1,900.00 | 5928 | JP Morgan Chase Bank |
| 11/04/2015 | Anthony Lopez | 4,860.00 | 4,500.00 | 5928 | JP Morgan Chase Bank |
| 11/04/2015 | Anthony Lopez | 4,320.00 | 4,000.00 | 5928 | JP Morgan Chase Bank |
| 11/06/2015 | Anthony Lopez | 4,860.00 | 4,500.00 | 5928 | JP Morgan Chase Bank |
| 11/06/2015 | Anthony Lopez | 2,484.00 | 2,300.00 | 5928 | JP Morgan Chase Bank |
| 11/06/2015 | Anthony Lopez | 3,780.00 | 3,500.00 | 5928 | JP Morgan Chase Bank |
| 11/12/2015 | Anthony Lopez | 4,860.00 | 4,500.00 | 9516 | Washington Mutual |
| 11/15/2015 | William Vollert | 4,320.00 | 4,000.00 | 8904 | PNC Bank |
| 11/15/2015 | Anthony Lopez | 4,860.00 | 4,500.00 | 8904 | PNC Bank |
| 11/15/2015 | Anthony Lopez | 4,968.00 | 4,600.00 | 8904 | PNC Bank |
| 11/15/2015 | Anthony Lopez | 4,968.00 | 4,600.00 | 8904 | PNC Bank |
| 11/15/2015 | Anthony Lopez | 4,968.00 | 4,600.00 | 8904 | PNC Bank |
| 11/16/2015 | William Vollert | 4,968.00 | 4,600.00 | 8904 | PNC Bank |
| 11/16/2015 | Anthony Lopez | 4,860.00 | 4,500.00 | 8904 | PNC Bank |
| 11/16/2015 | Anthony Lopez | 4,914.00 | 4,550.00 | 8904 | PNC Bank |
| 11/17/2015 | Anthony Lopez | 4,968.00 | 4,600.00 | 8904 | PNC Bank |
| 11/20/2015 | Anthony Lopez | 4,968.00 | 4,600.00 | 3732 | CitiBank |
| TOTAL | | $98,902.76 | | | |

24. The chart below summarizes the total deposit amounts (both Amount with Fees and Account Deposit Amount) that were made to each involved inmates' account:

| Inmate Account | Total Amount (with Fees) | Total Account Deposit Amount |
|---|---|---|
| Anthony Lopez | $84,884.36 | $78,580.00 |
| Aaron Burch | $1,620.00 | $1,500.00 |
| William Vollert | $9,288.00 | $8,600.00 |
| Michael Yoho | $1,058.40 | $980.00 |
| Aaron Roberts | $2,052.00 | $1,900.00 |

### *Witness Statements*

25. On January 9, 2018, Jessica Tyree told your affiant the following: Jessica Tyree had committed identity theft with Anthony Lopez, the group and others, for approximately three years leading up to her arrest in December 2015; for this time period it was the group's sole source of income. Jessica Tyree made the initial deposits into Anthony Lopez's inmate account at the La Plata County Jail but as the deposit amounts got higher Joseph Maybrier and Jessie Berry also made deposits. The deposits were all made using stolen credit cards. Anthony Lopez knew the deposits were from identity theft because that is how the group made money.

26. On January 11, 2018, Joseph Maybrier told me the following: Joseph Maybrier has known Anthony Lopez since they were in Boy Scouts together. Starting in 2013, Joseph Maybrier and Anthony Lopez used identity theft as their sole source of income. Joseph Maybrier made deposits into Anthony Lopez's inmate account at the La Plata County Jail starting with a $900 deposit; the deposit grew quickly over time to amounts in excess of $4,000.

27. On November 25, 2015, Aaron Burch told me the following: Aaron Burch was aware that $1,500 had been deposited into his inmate account but he did not know where it came from. Aaron Burch stated that the money was not his and that the La Plata County Jail could take it.

28. On November 25, 2015, William Vollert told me the following: William Vollert asked Anthony Lopez for some money and Anthony Lopez agreed. As a result $8,600 was deposited onto William Vollert's inmate account.

29. During the course of the investigation, your affiant also identified 14 individuals whose credit card numbers and personal identifiers were used to make deposits to the above referenced inmate accounts. Of those 14 individuals, your affiant was able to contact nine of them, who each stated that the charges made to their credit cards were fraudulent and that they never intended to deposit funds to Anthony Lopez or other inmates of the La Plata County Jail.

## SUBJECT ASSET TO BE SEIZED

30. First National Bank of Durango Account #40150720, is held in the name of "La Plata County Inmate Fund, "Inmate Freeze Account."" Following the La Plata County Jail's discovery of the suspicious nature of deposits into Anthony Lopez and other inmates' accounts, the funds were frozen and subsequently deposited into this new and separate account until the matter could be resolved.

31. The total amount frozen and current balance of this account is $50,994.22 of which $41,669.42 was recovered from Anthony Lopez's inmate account, $7,930.24 was recovered from William Vollert's inmate account and $1,394.56 was recovered from

Aaron Burch's account. These amounts are each less than the total amounts deposited from the stolen credit cards

## CONCLUSION

32. Based upon the facts and circumstances described above, there is probable cause to believe that Anthony Lopez, and others, have committed violations of 18 U.S.C. §§ 1349 and 1956(a)(1)(B)(i).

33. Therefore, pursuant to 18 U.S.C. § 981(a)(1)(C), and 18 U.S.C. § 981(a)(1)(A), there is probable cause to believe that all funds in this account are subject to forfeiture as proceeds traceable to violations of 18 U.S.C. § 1349 and 18 U.S.C. § 1956(a)(1)(B)(i).

s/Steven Byrnes
Steven Byrnes
Special Agent IRS-CI

Reviewed and Submitted by Tonya S. Andrews, Assistant United States Attorney.

Sworn to before me this 30th day of August, 2018.

United States Magistrate Judge
David L. West